DAN SIEGEL, SBN 56400
ANNE BUTTERFIELD WEILLS, SBN 139845
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com; abweills@gmail.com;
emilyrose@siegelyee.com; chankim@siegelyee.com

Attorneys for Plaintiff
CENIOUS BREWSTER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENIOUS BREWSTER, | ) Case No. 4:20-cv-03254-HSG |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND [PROPOSED] ORDER TO PERMIT THE FILING OF A SECOND AMENDED COMPLAINT AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |
| SF COUNTY JAIL 5, Deputy DANIEL T. MILLS, Deputy MIGUEL PRADO, Deputy JORDAN SENG, Deputy DANNY NGUYEN, | ) |
| Defendants. | ) |

On August 24, 2020, the Court set a case management conference for September 8, 2020 at 2 p.m. (ECF No. 18.) The Court directed the parties to discuss defendants' administrative motion for extension of time as well as the case schedule generally. The Court further ordered the parties to file a joint case management statement by September 1, 2020.

Following the Court's order, the parties met and conferred and respectfully request the following:

1.  Plaintiff be permitted to file a Second Amended Complaint no later than September 14, 2020.

2.  Defendants need not respond to plaintiff's First Amended Complaint filed August 6, 2020. (ECF No. 13.)

3.  The Case Management Conference currently set for September 8, 2020 be continued to September, 29, 2020.

The parties believe that an Order pursuant to this stipulation will moot defendants' administrative motion. Further, the parties agree that an amended pleading drafted with the assistance of counsel will best serve judicial economy.

Respectfully submitted,

Dated: August 25, 2020

SIEGEL, YEE, BRUNNER & MEHTA

By: __/s/Andrew Chan Kim_____
    Andrew Chan Kim

Attorneys for Plaintiff
CENIOUS BREWSTER

Dated: August 25, 2020

DENNIS J. HERRERA
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
SHEILA JOHNSON
Deputy City Attorney

By: __**/s/Sheila Johnson_____
    SHEILA JOHNSON

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.*

1

2
[PROPOSED] ORDER

3
Pursuant to the stipulation of the parties:

4
    1.  Plaintiff is permitted to file a Second Amended Complaint no later than

5
       September 14, 2020.

6
    2.  Defendants need not respond to plaintiff's First Amended Complaint filed August

7
       6, 2020. (ECF No. 13.)

8
    3.  The Case Management Conference currently set for September 8, 2020 is

9
       continued to September, 29, 2020 at 2:00 p.m.

10
IT IS SO ORDERED.

11

12
Dated:   8/27/2020

13
                UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28