DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
emilyrose@siegelyee.com;
chankim@siegelyee.com

Attorneys for Plaintiff
CENIOUS BREWSTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENIOUS BREWSTER,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, STEPHEN TILTON, JAMES M. SHANNON, DANIEL T. MILLS, DANNY NGUYEN, MIGUEL PRADO, and JORDAN SENG,<br><br>　　　Defendants. | Case No.: 4:20-cv-03254-HSG<br><br>**JOINT STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE AN AMENDED COMPLAINT TO CORRECT THE NAMES OF DEFENDANTS NGUYEN AND PRADO**<br><br>Hon. Haywood S. Gilliam, Jr. |

　　　Pursuant to Federal Rule of Civil Procedure 15(a)(2), the parties submit the following joint stipulation allowing plaintiff to file an amended complaint to correct the names of defendants Nguyen and Prado. In his Second Amended Complaint, Mr. Brewster named Danny Nguyen and Miguel Prado as individual defendants. The correct names are Anthoni Nguyen and Omar Prado.

---

*Brewster v. CCSF, et al.*, 4:20-cv-03254-HSG
Joint Stipulation and Order - 1

|   |   |
|---|---|
| Dated: November 23, 2020 | Respectfully submitted, |
|   | SIEGEL, YEE, BRUNNER & MEHTA |
|   | By: __/s/Andrew Chan Kim_____<br>        Andrew Chan Kim |
|   | Attorneys for Plaintiff<br>CENIOUS BREWSTER |
| Dated: November 23, 2020 |   |
|   | DENNIS J. HERRERA<br>City Attorney<br>MEREDITH B. OSBORN<br>Chief Trial Deputy<br>SHEILA JOHNSON<br>Deputy City Attorney |
|   | By: __**/s/Sheila Johnson_____<br>        SHEILA JOHNSON |
|   | Attorneys for Defendant<br>CITY AND COUNTY OF SAN FRANCISCO |
|   | **Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory. |

**ORDER**

Pursuant to the parties' agreement, the joint stipulation is granted. Plaintiff may file a Third Amended Complaint with the corrected names of the defendants.

Dated: 11/24/2020

_____
Haywood S. Gilliam, Jr.
United States District Judge