DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
emilyrose@siegelyee.com;
chankim@siegelyee.com

Attorneys for Plaintiff
CENIOUS BREWSTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENIOUS BREWSTER,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, STEPHEN TILTON, JAMES M. SHANNON, DANIEL T. MILLS, DANNY NGUYEN, MIGUEL PRADO, and JORDAN SENG,<br><br>    Defendants. | Case No.: 4:20-cv-03254-HSG<br><br>**STIPULATION AND ORDER MODIFYING THE COURT'S SCHEDULING ORDER (ECF No. 29)**<br><br>Hon. Haywood S. Gilliam, Jr. |

On September 30, 2020, the Court set a scheduling order in this matter. (ECF No. 29.) The scheduling order allowed the parties five months to conduct fact discovery. The parties have been conducting fact discovery, but the parties believe that more time to conduct fact discovery is necessary. Although the parties have been diligent, the limitations of COVID, including the current spike, have impacted the parties' efforts.

Defendants are working to produce documents that are necessary for plaintiffs' counsel to prepare plaintiff for his deposition. Due to plaintiff's incarceration and the COVID-related restriction on in-person, contact visits, it takes additional time to prepare plaintiff for his deposition. While defendants are working to provide plaintiff the necessary documents, the holidays have strained defendants' resources, as some of the documents requested require technical assistance from employees who are out of the office. Finally, the deposition schedule for defendant deputies is similarly strained by their vacation schedule, and the soonest they are available to sit for deposition is January 20, 2021.

The parties have not previously sought a modification to the case management schedule. The parties' proposal would modify only the parties' deadlines and does not seek to modify any deadline for dispositive motions or trial.

The parties submit the following stipulation seeking modification of the Court's scheduling order as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Amended Pleadings | 11/20/2020 | No change |
| Close of Fact Discovery | 2/26/2021 | 4/30/2021 |
| Opening Reports | 3/19/2021 | 5/14/2021 |
| Rebuttal Reports | 4/2/2021 | 5/28/2021 |
| Close of Expert Discovery | 4/23/2021 | 7/2/2021 |
| Motion Hearing | 6/17/2021 | No change |

| Pretrial Conference | 9/21/2021 at 3:00 p.m. | No change |
|---|---|---|
| Jury Trial | 10/4/2021 at 8:30 a.m. | No change |

Dated: December 16, 2020

Respectfully submitted,

SIEGEL, YEE, BRUNNER & MEHTA

By: __/s/Andrew Chan Kim_____
     Andrew Chan Kim

Attorneys for Plaintiff
CENIOUS BREWSTER

Dated: December 16, 2020

DENNIS J. HERRERA
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
SHEILA JOHNSON
Deputy City Attorney

By: __**/s/Sheila Johnson_____
     SHEILA JOHNSON

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.*

# ORDER

Pursuant to the parties' agreement and good cause showing, the joint stipulation is granted. The case management schedule is modified as follows:

| Event | Date |
| --- | --- |
| Amended Pleadings | 11/20/2020 |
| Close of Fact Discovery | 4/30/2021 |
| Opening Reports | 5/14/2021 |
| Rebuttal Reports | 5/28/2021 |
| Close of Expert Discovery | 7/2/2021 |
| Motion Hearing | 6/17/2021 |
| Pretrial Conference | 9/21/2021 at 3:00 p.m. |
| Jury Trial | 10/4/2021 at 8:30 a.m. |

Dated: 12/17/2020

_____
Haywood S. Gilliam, Jr.
United States District Judge