DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
SHEILA S. JOHNSON, State Bar #284468
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102-5408
Telephone:      (415) 554-4230
Facsimile:       (415) 554-3837
E-Mail:           sheila.johnson@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO
SHERIFF DEPUTIES NGUYEN, SENG, MILLS, PRADO,
CHIEF DEPUTY SHERIFF TILTON, AND LT. SHERIFF SHANNON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CENIOUS BREWSTER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, STEPHEN TILTON, JAMES M. SHANNON, DANIEL T. MILLS, ANTHONI NGUYEN, OMAR PRADO, AND JORDAN SENG,<br><br>Defendants. | Case No. 20-CV-3254-HSG<br><br>**DECLARATION OF ANTHONI NGUYEN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:   July 15, 2021<br>Time:                 2:00 p.m.<br>Courtroom:      2, 4th Floor<br><br>Trial Date:         October 4, 2021 |
|---|---|

**DECLARATION OF ANTHONI NGUYEN**

I, Anthoni Nguyen, declare as follows:

1.   I am Deputy Sheriff with the San Francisco Sheriff's Department ("SFSD").  I have personal knowledge of the contents of this declaration and if called to do so, would and could competently testify to the truth of the matter stated.

///

///

2. I was not present and did not observe SFSD Deputies Daniel Mills and Omar Prado interacting with Plaintiff Cenious Brewster ("Plaintiff") in Pod 2A of County Jail #5 on the afternoon of April 15, 2020.

3. On the night of April 16, 2020, I was on duty, in uniform, assigned to Pod 2A and 2B in my capacity as a SFSD deputy.

4. At about 9:50 p.m., while near Plaintiff's jail cell in Pod 2A, my co-worker, Deputy Jordan Seng, informed me that Plaintiff had thrown a liquid at him through the food port in his cell door.

5. I looked at Deputy Seng's uniform and could clearly see that his uniform was wet and appeared to have a residue on it.

6. I called for a supervisor on my department issued radio and, shortly thereafter, Lieutenant Shannon and other deputized staff arrived to Plaintiff's cell to assist. Plaintiff was handcuffed and escorted to a safety cell by the other staff. I did not participate in handcuffing or transferring Plaintiff into the safety cell on April 16, 2020 and I remained in Pod 2A and 2B. The safety cell was not visible from Plaintiff's cell-area and is located in a different part of the jail.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 27th day of May 2021 at San Francisco, California.

                                                */s/Anthoni Nguyen*
                                                ANTHONI NGUYEN