DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
emilyrose@siegelyee.com;
chankim@siegelyee.com

Attorneys for Plaintiff
CENIOUS BREWSTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENIOUS BREWSTER, | Case No.: 4:20-cv-03254-HSG |
| Plaintiff, | **STIPULATION AND ORDER AMENDING PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT TO ADD TWO ADDITIONAL GRIEVANCES** |
| vs. | (as modified) |
| CITY AND COUNTY OF SAN FRANCISCO, STEPHEN TILTON, JAMES M. SHANNON, DANIEL T. MILLS, DANNY NGUYEN, MIGUEL PRADO, and JORDAN SENG, | Hon. Haywood S. Gilliam, Jr. |
| Defendants. | |

On April 10, 2021, plaintiff Cenious Brewster filed his Opposition to Defendants' Summary Judgment Motion. ECF No. 60. Since filing his opposition, Mr. Brewster discovered two additional grievances that were not cited in his brief, but exchanged between the parties. The parties met and conferred and agreed to stipulate to allow Mr. Brewster to amend his brief to include the two additional grievances.

Mr. Brewster amends his statement of facts under II(5) "Grievances" on page 8 to include the following language: He further grieved of retaliation in the jail on August 25, 2020 and specifically grieved Deputy Mills' retaliatory conduct including designating him as MR4 on September 17, 2020. (Exhibits to Stipulation). The grievances were received and signed but never addressed. (*Id.*)

He further amends his argument under III(7) "Mr. Brewster Exhausted all Administrative Remedies Available to Him Regarding the Safety Cell Placement and Retaliation" on page 17 to include the following language: His grievances were often left unanswered.

The amended Opposition is attached hereto as Exhibit A. All changes are bolded.

The two additional grievances are attached hereto as Exhibit B.

1

2                                      Respectfully submitted,

3       Dated: April 11, 2021

4                                      SIEGEL, YEE, BRUNNER & MEHTA

5                                      By: _/s/Andrew Chan Kim_____
6                                          Andrew Chan Kim

7                                      Attorneys for Plaintiff
8                                      CENIOUS BREWSTER

9       Dated: April 11, 2021

10                                     DENNIS J. HERRERA
11                                     City Attorney
                                       MEREDITH B. OSBORN
12                                     Chief Trial Deputy
                                       SHEILA JOHNSON
13                                     Deputy City Attorney

14                                     By: _**/s/Sheila Johnson_____
15                                         SHEILA JOHNSON

16                                     Attorneys for Defendant
17                                     CITY AND COUNTY OF SAN
                                       FRANCISCO

18                                     **Pursuant to Civil L.R. 5-1(i)(3), the
19                                     electronic signatory has obtained
                                       approval from this signatory.
20

21

22

23

24

25

26

27

28

_Brewster v. CCSF, et al._, 4:20-cv-03254-HSG
Joint Stipulation and Order - 3

**ORDER**

Pursuant to the stipulation set forth above, it is so ordered.  Counsel is directed to e-file the opposition and the two grievances on the docket forthwith.


Dated:  June 14, 2021

Haywood S. Gilliam, Jr.
United States District Judge