DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
emilyrose@siegelyee.com;
chankim@siegelyee.com

Attorneys for Plaintiff
CENIOUS BREWSTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENIOUS BREWSTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, STEPHEN TILTON, JAMES M. SHANNON, DANIEL T. MILLS, ANTHONI NGUYEN, OMAR PRADO, and JORDAN SENG,<br><br>　　　　Defendants. | Case No.: 4:20-cv-03254-HSG<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION AND ORDER** (as modified) **TO FILE CORRECTED JOINT PRETRIAL STATEMENT**<br><br>Date: September 21, 2021<br>Time: 3 p.m.<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Ctrm: 2 – 4th Floor, 1301 Clay Street<br>　　　　Oakland, CA 94612 |

*Brewster v. CCSF, et al.*, 4:20-cv-03254-HSG
Administrative Motion and Order - 1

On September 7, 2021, counsel for defendants, Ms. Meredith Osborn, emailed counsel for plaintiff, Mr. Chan Kim, at 12:04 p.m. requesting that he insert his portions to the Joint Pretrial Statement and return it back to her by 3 p.m. (Email Correspondence attached to Declaration of Andrew Chan Kim in Support of Plaintiff's Administrative Motion to File Corrected Joint Pretrial Statement, ¶ 2).

Mr. Kim emailed Ms. Osborn at 4:46 p.m. with his edits, which included identifying Khalid Barrow and Augustin Garcia under plaintiff's list of witnesses. *Id.*

Ms. Osborn emailed Mr. Kim at 6:26 p.m. stating, "I have accepted your changes in the attached version and made a few additions to Defendants' sections only. The only change I **did** not accept was the addition of the word 'allegedly' in the statement of undisputed facts." *Id.*

Mr. Kim added plaintiff's list of exhibits he had inadvertently left out and agreed to remove the word "allegedly." *Id.* At 7:36 p.m., Mr. Kim gave Ms. Osborn his permission to file. *Id.*

On September 8, 2021, Mr. Kim noticed that Ms. Osborn had omitted Mr. Kim's inclusion of Mr. Barrow and Mr. Garcia from his list of witnesses. *Id.* He emailed Ms. Osborn at 1:48 p.m. asking if she would agree to amend the statement to include them. *Id.*

Ms. Osborn requested a phone call with Mr. Kim and Ms. EmilyRose Johns. *Id.* Following the call, Mr. Kim emailed Ms. Osborn again, noting what she had said about accepting his changes except for the word "allegedly," and asking if she would stipulate to filing an amended pretrial statement. *Id.* The next day, Ms. Osborn declined to stipulate. *Id.*

To be sure, Mr. Kim should have reviewed the pretrial statement before he gave Ms. Osborn his permission to file it. Nonetheless, he relied on her word.

Accordingly, Mr. Kim seeks to file a *corrected* Joint Pretrial Statement, attached hereto as Exhibit 1, which contains no changes other than the inclusion of Mr. Barrow and Mr. Garcia to plaintiff's list of witnesses.

Dated: September 10, 2021

Respectfully submitted,

SIEGEL, YEE, BRUNNER & MEHTA

By: _/s/Andrew Chan Kim_
   Andrew Chan Kim

Attorneys for Plaintiff
CENIOUS BREWSTER

|    |                                                                                                    |
|----|----------------------------------------------------------------------------------------------------|
| 1  | **ORDER**                                                                                          |
| 2  | Good cause appearing, the motion is GRANTED. Counsel is directed to e-file the Joint Pretrial      |
| 3  | Statement which contains no changes other than the inclusion of Mr. Barrow and Mr. Garcia'         |
| 4  | to plaintiff s list of witnesses on the docket forthwith.                                          |
| 5  | IT IS SO ORDERED.                                                                                  |
| 6  |                                                                                                    |
| 7  | Dated: 9/10/2021                                                                                   |
| 8  | Haywood S. Gilliam, Jr.                                                                            |
|    | United States District Judge                                                                       |