DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
RENÉE E. ROSENBLIT, State Bar #304983
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102-5408
Telephone:     (415) 554-4236 [Osborn]
               (415) 554-3853 [Rosenblit]
Facsimile:     (415) 554-3837
E-Mail:        meredith.osborn@sfcityatty.org
               renee.rosenblit@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO
SHERIFF DEPUTIES NGUYEN, SENG, PRADO,
CHIEF DEPUTY SHERIFF TILTON, AND LT. SHERIFF SHANNON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENIOUS BREWSTER,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, STEPHEN TILTON, JAMES M. SHANNON, DANIEL T. MILLS, ANTHONI NGUYEN, OMAR PRADO, AND JORDAN SENG,<br><br>　　　Defendants. | Case No. 20-CV-3254-HSG<br><br>**ORDER VACATING THE EVIDENTIARY HEARING AND SETTING A FURTHER CASE MANAGEMENT CONFERENCE (as modified)**<br><br>Trial Date:　　　Not Set |

The Court has reviewed Plaintiff's administrative motion to reconsider the need for an evidentiary hearing and Defendants' non-opposition, and notes that Defendants withdraw their affirmative defense of exhaustion with respect to Plaintiff's First Amendment retaliation claim.

Accordingly, the Court hereby VACATES the evidentiary hearing, and SETS a further case management conference for June 21, 2022 at 2:00 p.m. via phone. All counsel shall use the following dial-in information to access the call:

Dial-In: 888-808-6929/Passcode: 6064255.

IT IS SO ORDERED.

_____
The Honorable Haywood S. Gilliam, Jr.

Order Vacating Hearing and Setting CMC Brewster v. CCSF, et al.; Case No. 20-CV-3254-HSG        2        n:\lit\li2021\210055\01606301.docx