DAN SIEGEL, SBN 56400
ANNE BUTTERFIELD WEILLS, SBN 139845
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com; abweills@gmail.com;
emilyrose@siegelyee.com; chankim@siegelyee.com

Attorneys for Plaintiff
CENIOUS BREWSTER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENIOUS BREWSTER,<br><br>　　　　Plaintiff,<br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, STEPHEN TILTON, JAMES M. SHANNON, DANIEL T. MILLS, ANTHONI NGUYEN, OMAR PRADO, and JORDAN SENG,<br>　　　　Defendants. | Case No. 4:20-cv-03254-HSG<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT CENIOUS BREWSTER, PLAINTIFF** |

Cenious Brewster, jail identification number UMD941, a plaintiff and necessary party in proceedings in this case on November 28, 2022, is confined at Santa Rita Jail, 5325 Broder Blvd, Dublin, CA 94568, in the custody of the Alameda County Sheriff.

In order to secure Mr. Brewster's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce Mr. Brewster in Courtroom 2, 4th Floor, United States Courthouse, 1301 Clay Street, Oakland, CA 94612, on November 28, 2022 at 8:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce Cenious Brewster, jail identification number UMD941, to be present before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return Mr. Brewster to the above institution;
2. The custodian is ordered to notify the court of any change in custody of Mr. Brewster and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The Sheriff of the County of Alameda

WE COMMAND you to produce the person named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the person to the above institution.

FURTHER, you have been ordered to notify the court of any change in custody of the person and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: 11/10/2022



_____
Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE

---

*Brewster v. Mills*, No. 4:20-cv-03254-HSG
Order and Writ of Habeas Corpus ad Testificandum to Transport Cenious Brewster, Plaintiff- 3