DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
emilyrose@siegelyee.com;
chankim@siegelyee.com

*Attorneys for Plaintiff*

DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
RYAN STEVENS, State Bar #306409
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102-5408
Telephone:    (415) 554-4236 [Osborn]
              (415) 554-3975 [Stevens]
Facsimile:    (415) 554-3837
E-Mail:       meredith.osborn@sfcityatty.org
              ryan.stevens@sfcityatty.org

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENIOUS BREWSTER,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, STEPHEN TILTON, JAMES M. SHANNON, DANIEL T. MILLS, ANTHONI NGUYEN, OMAR PRADO, AND JORDAN SENG,<br><br>    Defendants. | Case No. 20-CV-3254-HSG<br><br>**PARTIES' JOINT PROPOSED JUROR QUESTIONNAIRE QUESTIONS**<br><br>Trial Date:            November 28, 2022 |

Pursuant to the Court's Order at Dkt. No. 158, the parties jointly submit the following proposed additional questions for the juror questionnaire.

1) Everything else being equal, would you be less likely to believe a prisoner's testimony than the testimony of another witness?
2) Have you ever seen, heard, or read anything about the San Francisco Sheriff's Department that gives you a negative impression of the Department?
3) Do you think that law enforcement officers are not held sufficiently accountable? If yes, please describe.
4) Are law enforcement agencies doing enough to combat racial bias in policing? Please elaborate on your answer.
5) Have you or a close family member ever been incarcerated for a period of time longer than a 48 hours? If yes, please describe.
6) Do you have any opinions about whistleblowers—people who publically expose illegal or wrongful conduct, often at their workplace? If yes, please explain.

Dated: 11/10/22

                        DAVID CHIU
                        City Attorney
                        MEREDITH B. OSBORN
                        Chief Trial Deputy
                        RYAN C STEVENS
                        Deputy City Attorney

By: */s/ Meredith B. Osborn*
     MEREDITH B. OSBORN

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF DEPUTIES NGUYEN, SENG, PRADO, CHIEF DEPUTY SHERIFF TILTON, AND LT. SHERIFF SHANNON

Dated: 11/10/22

                        SIEGEL, YEE, BRUNNER & MEHTA

By: */s/ EmilyRose Johns*
     EMILYROSE JOHNS

Attorneys for Plaintiff
CENIOUS BREWSTER

## ATTESTATION OF SIGNATURES

I, Meredith B. Osborn, pursuant to Civil L.R. 5-1(h)(3) of the United States District Court for the Northern District of California, attest that concurrence in the filing of this document has been obtained from each signatory hereto.