DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
RYAN STEVENS, State Bar #306409
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102-5408
Telephone:     (415) 554-4236 [Osborn]
               (415) 554-3975 [Stevens]
Facsimile:     (415) 554-3837
E-Mail:        meredith.osborn@sfcityatty.org
               ryan.stevens@sfcityatty.org

*Attorneys for Defendants*


DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
emilyrose@siegelyee.com;
chankim@siegelyee.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENIOUS BREWSTER,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, STEPHEN TILTON, JAMES M. SHANNON, DANIEL T. MILLS, ANTHONI NGUYEN, OMAR PRADO, AND JORDAN SENG,<br><br>    Defendants. | Case No. 20-CV-3254-HSG<br><br>**STIPULATED ADMINISTRATIVE REQUEST FOR ORDER ALLOWING EQUIPMENT THROUGH SECURITY; ORDER**<br><br>Trial Date:           November 28, 2022 |

Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, Plaintiff Cenious Brewster and Defendants City and County of San Francisco, et al. seek an Order from the Court directing the Federal Marshal and/or Federal Security Services to allow into the Federal Courthouse the following for use at trial in the above-referenced matter.

The parties request admission into the Federal Courthouse of the following:

1. Laptop computers;
2. Additional monitors;
3. Projector;
4. Portable Projector Table;
5. Oversized Projector Screen;
6. VGA Extension Box;
7. Speakers for use with laptop;
8. Extension cords, power cords, and other necessary cords;
9. Power Strip; and
10. Food and drink.

Dated:  November 9, 2022

> DAVID CHIU
> City Attorney
> MEREDITH B. OSBORN
> Chief Trial Deputy
> RYAN C. STEVENS
> Deputy City Attorneys
>
> By: */s/ MEREDITH B. OSBORN*
> MEREDITH B. OSBORN
>
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF DEPUTIES NGUYEN, SENG, PRADO, CHIEF DEPUTY SHERIFF TILTON, AND LT. SHERIFF SHANNON

Dated: November 9, 2022

                SIEGEL, YEE, BRUNNER & MEHTA

              By:  /s/*EmilyRose Johns*
                EMILYROSE JOHNS

                Attorneys for Plaintiff
                CENIOUS BREWSTER

### ATTESTATION OF SIGNATURES

I, Meredith B. Osborn, pursuant to Civil L.R. 5-1(h)(3) of the United States District Court for the Northern District of California, attest that concurrence in the filing of this document has been obtained from each signatory hereto.

Dated: November 9, 2022

                DAVID CHIU
                City Attorney
                MEREDITH B. OSBORN
                Chief Trial Deputy
                RYAN C. STEVENS
                Deputy City Attorneys

              By: */s/ Meredith B. Osborn*
                MEREDITH B. OSBORN

                Attorneys for Defendants
                CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF DEPUTIES NGUYEN, SENG, PRADO, CHIEF DEPUTY SHERIFF TILTON, AND LT. SHERIFF SHANNON

**ORDER**

PURSUANT TO STIPULATION and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the administrative motion is GRANTED. The Court Orders the United States Marshals Service to allow the following equipment through security:

1. Laptop computers;
2. Additional monitors;
3. Projector;
4. Portable Projector Table;
5. Oversized Projector Screen;
6. VGA Extension Box;
7. Speakers for use with laptop;
8. Extension cords, power cords, and other necessary cords;
9. Power Strip; and
10. Food and drink.

IT IS SO ORDERED.

Dated:   11/14/2022

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge