UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENIOUS BREWSTER,<br><br>           Plaintiff,<br><br>   v.<br><br>DANIEL T MILLS, et al.,<br><br>           Defendants. | Case No.20-cv-03254-HSG<br><br>**ORDER FOR JURY MEALS DURING DELIBERATIONS** |

    IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in deliberations.

    IT IS SO ORDERED.

Dated: 11/23/2022

                                                              _____<br>
                                                              HAYWOOD S. GILLIAM, JR.<br>
                                                              United States District Judge

*Rev.03/19*