UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENIOUS BREWSTER,<br><br>   Plaintiff,<br><br>v.<br><br>DANIEL T MILLS, et al.,<br><br>   Defendants. | Case No. 20-cv-03254-HSG<br><br>**ORDER RE TRANSPORT OF CENIOUS BREWSTER** |

Cenious Brewster is scheduled to be in trial beginning November 28, 2022, and must be at the United States Courthouse at 1301 Clay Street, Oakland, CA 94612 at 8:00 a.m. The Court **DIRECTS** the Alameda County Sheriff's Office to ensure Mr. Brewster is prepared for transport in a timely manner so that he may arrive at the Courthouse by 8:00 a.m.

**IT IS SO ORDERED.**

Dated: 11/23/2022

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge