```
DAN SIEGEL, SBN 56400
ANNE BUTTERFIELD WEILLS, SBN 139845
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com; abweills@gmail.com;
emilyrose@siegelyee.com; chankim@siegelyee.com
```

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENIOUS BREWSTER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SF COUNTY JAIL 5, Deputy DANIEL T. MILLS, Deputy MIGUEL PRADO, Deputy JORDAN SENG, Deputy DANNY NGUYEN,<br><br>　　　　Defendants. | Case No. 4:20-cv-03254-HSG<br><br>**ORDER DIRECTING U.S. MARSHAL TO PERMIT PLAINTIFF CENIOUS BREWSTER TO CHANGE CLOTHES BEFORE ENTERING THE COURTROOM  (as modified)** |

　　　On November 28, 2022, Cenious Brewster will be transported to the Courthouse at 1301 Clay Street, Oakland, CA 94612 for trial. He will attend trial on each day that trial is held. The U.S. Marshal is hereby directed to permit Mr. Brewster to change into the clothing provided to the U.S. Marshal's office on his behalf before the Marshals escort Mr. Brewster into Courtroom 2 for trial each morning.

　　　IT IS SO ORDERED.

Dated: 11/25/2022

　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

*Brewster v. Mills*, No. 4:20-cv-03254-HSG
Order Directing U.S. Marshal to Permit Plaintiff Cenious Brewster to Change Clothes Before Entering the Courtroom - 1