DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
RYAN STEVENS, State Bar #306409
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102-5408
Telephone:     (415) 554-4236 [Osborn]
               (415) 554-3975 [Stevens]
Facsimile:     (415) 554-3837
E-Mail:        meredith.osborn@sfcityatty.org
               ryan.stevens@sfcityatty.org

Attorneys for Defendants
SAN FRANCISCO SHERIFF DEPUTIES NGUYEN,
SENG, AND LT. SHERIFF SHANNON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENIOUS BREWSTER,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, STEPHEN TILTON, JAMES M. SHANNON, DANIEL T. MILLS, ANTHONI NGUYEN, OMAR PRADO, AND JORDAN SENG,<br><br>    Defendants. | Case No. 20-CV-3254-HSG<br><br>**PARTIES' STIPULATED PROPOSED BRIEFING SCHEDULE FOR RULE 50 MOTION AND ORDER**<br><br>Trial Date:        November 28, 2022 |

1   The Court directed the parties to meet and confer regarding a briefing schedule for Defendants'
2   Rule 50 motion. Having met and conferred, the parties propose that Defendants' brief in support of
3   Defendants' Rule 50 motion be due on December 16, 2022. Plaintiff's opposition will be due on
4   January 13, 2023, with Defendants' reply due on January 20, 2023.

6   Dated:  December 6, 2022

DAVID CHIU
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
RYAN C. STEVENS
Deputy City Attorneys

By: */s/ MEREDITH B. OSBORN*
    MEREDITH B. OSBORN

Attorneys for Defendants
SAN FRANCISCO SHERIFF DEPUTIES NGUYEN, SENG, AND LT. SHERIFF SHANNON

Dated:  December 6, 2022

SIEGEL, YEE, BRUNNER & MEHTA

By: */s/ EMILYROSE JOHNS*
    EMILYROSE JOHNS

Attorneys for Plaintiff
CENIOUS BREWSTER

**ORDER**

Based on the foregoing stipulation of the parties, the Court hereby orders that the parties submit their briefs in accordance with the schedule set forth in the parties' stipulation.

IT IS SO ORDERED.

DATED: 12/7/2022

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.