DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
emilyrose@siegelyee.com;
chankim@siegelyee.com

Attorneys for Plaintiff
CENIOUS BREWSTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENIOUS BREWSTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, STEPHEN TILTON, JAMES M. SHANNON, DANIEL T. MILLS, DANNI NGUYEN, OMAR PRADO, and JORDAN SENG,<br><br>　　　　Defendants. | Case No.: 4:20-cv-03254-HSG<br><br>**STIPULATION AND ORDER CONTINUING THE HEARING ON DEFENDANTS' JUDGMENT AS A MATTER OF LAW**<br><br>Hon. Haywood S. Gilliam, Jr. |

The hearing on defendants' Motion for Judgment as a Matter of Law Pursuant to Federal Rule of Civil Procedure 50(a) and 50(b) is set to be heard on March 30, 2023 at 2 p.m. (ECF No. 214.) All papers related to this motion have been submitted. (*See* ECF Nos. 212, 220, 221.)

---

*Brewster v. CCSF, et al.*, 4:20-cv-03254-HSG
Joint Stipulation and Order - 1

1  A personal matter arose for plaintiff's counsel requiring that he travel out of town on
2  March 30, 2023. Plaintiff's counsel informed counsel for defendants. The parties now stipulate
3  to continuing the hearing by one week to April 6, 2023.
4  Accordingly, the parties respectfully request that the Court continue the hearing on
5  defendants' 50(a) and 50(b) motion to April 6, 2023.

Respectfully submitted,

Dated: March 3, 2023

SIEGEL, YEE, BRUNNER & MEHTA

By: __/s/Andrew Chan Kim__
    Andrew Chan Kim

Attorneys for Plaintiff
CENIOUS BREWSTER

Dated: March 3, 2023

DAVID CHIU
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy

By: __**/s/ Meredith B. Osborn__
    Meredith B. Osborn

Attorneys for Defendants
SAN FRANCISCO SHERIFF
DEPUTIES NGUYEN, SENG, AND LT. SHANNON

*\*\*Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.*

---

*Brewster v. CCSF, et al.*, 4:20-cv-03254-HSG
Joint Stipulation and Order - 2

**ORDER**

Pursuant to the stipulation set forth above, it is so ordered.

Dated: 3/3/2023

_____
Haywood S. Gilliam, Jr.
United States District Judge